UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Barbara Larson Meyers, | Civ. No. 13-3161 (PAM/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| Carolyn W. Colvin, Commissioner of Social Security, | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Leo I. Brisbois dated May 21, 2014. In the R&R, Magistrate Judge Brisbois recommended that the Court dismiss the action for failure to prosecute and to comply with the Court's Orders. Plaintiff has not filed an objection to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 17).

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Complaint (Docket No. 1) is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 5, 2014

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge